**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHAEL WEATHERSBY** | § | **CIVIL ACTION NO. _____** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **FIESTA MART, LLC and BODEGA** | § | |
| **LATINA CORPORATION** | § | |
| **Defendant.** | § | **NOTICE OF REMOVAL** |

<u>**NOTICE OF REMOVAL**</u>

TO THE UNITED STATES DISTRICT COURT:

Defendants FIESTA MART LLC and BODEGA LATINA CORPORATION, pursuant to 28 U.S.C. §§1441 and 1332, provide notice of removal of this action styled *Michael Weathersby v. Fiesta Mart LLC,* Cause No. 2022-06716, currently pending in the 151st Judicial District Court of Harris County, Texas, and in support thereof, respectfully shows unto this Court as follows:

1. Plaintiff Michael Weathersby filed his Original Petition on February 2, 2022, claiming damages from a third-party criminal act. Plaintiff served each Defendant with the citation on February 10, 2022; therefore, this notice is timely under 28 U.S.C. § 1446(b).

2. Pursuant to 28 U.S.C. §1446 and the Local Rules of the United States District Court for the Southern District of Texas, attached are the following:

   a. All executed process in the case (Exhibit A);

   b. Pleadings asserting causes of action and all answers to such pleadings (Exhibit B);

   c. All orders signed by the state judge (none);

   d. The docket sheet (Exhibit C);

   e. An index of matters being filed (Exhibit D);

f.      A list of all counsel of record, including addresses, telephone numbers, and parties represented (Exhibit E).

These documents represent all that are presently available as required.

4.      The District Courts of the United States have original jurisdiction over this action by reason of diversity of citizenship between the parties. 28 U.S.C. §1332. Plaintiff's Original Petition alleges that Plaintiff Michael Weatherby resides in Harris County, Texas, and therefore is a citizen of the state of Texas.  A corporation, such as Bodega Latina Corporation, is deemed to be a "citizen" of the state where it maintains its principal place of business (its "nerve center") and the state of its incorporation.[1] Defendant Bodega Latin Corporation is a Delaware corporation with its principal place of business, or its "nerve center" in California. Although Defendant Fiesta Mart LLC, is a limited liability company organized under the laws of Texas, its sole member is Bodega Latina Corporation. Defendant Fiesta Mart LLC's citizenship as an LLC is determined by the citizenship of its members.[2] Therefore, Defendants Fiesta Mart and Bodega Latina Corporation are both citizens of the states of Delaware and California, the principal place of business and the state of incorporation of Fiesta Mart LLC's sole member, Bodega Latina Corporation.

5.      Plaintiff's Original Petition in the state court seeks damages "greater than $250,000 and exceed $1,000,000", and thus the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interests and costs.

6.      Removal of this cause of action is proper under 28 U.S.C. §1441.  It is a civil action brought in state court and the District Courts of the United States have original jurisdiction over this action under 28 U.S.C. §1332, since the plaintiff and all defendants are diverse in citizenship.

---

[1] *See* 28 U.S.C. §1332(c)(1); *see also, Hertz Corp. v. Friend*, 559 U.S. 77. 130 S. Ct. 1181, 1185-86 (2010).
[2] *See e.g., Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008).

7.      As required by 28 U.S.C. §1441, the 151st Judicial District Court of Harris County, Texas falls within the geographical purview of this Court, and thus, venue is proper in the United Stated District Court of the Southern District of Texas, Houston Division.

8.      Written notice of the filing of this Notice of Removal is being promptly given to Plaintiff and a notice of Filing of Notice of Removal is promptly being filed with the 151st District Court in Harris County, Texas, as required by 28 U.S.C. §1446(d).

WHEREFORE, PREMISES CONSIDERED, Defendants Fiesta Mart, LLC and Bodega Latina Corporation pray that the state action now pending in 151st District Court in Harris County, Texas, be removed to this Court, and for any further relief to which Defendants are justly entitled.

Respectfully submitted,
MEHAFFYWEBER, P.C.

By:*/s/Maryalyce W. Cox*
Maryalyce W. Cox
State Bar No. 24009203
One Allen Center
500 Dallas, Suite 2800
Houston, Texas  77002
Telephone  - (713) 655-1200
Telecopier  - (713) 655-0222
maryalycecox@mehaffyweber.com

ATTORNEYS FOR DEFENDANTS
FIESTA MART, LLC and BODEGA
LATINA CORPORATION

<u>CERTIFICATE OF SERVICE</u>

In addition to e-filing, this is to certify that a true and correct copy of the above and foregoing instrument has been forwarded by Certified Mail, return to receipt requested, to all counsel of record on this the _____ day of February, 2022 pursuant to both the Texas Rules of Civil Procedure and the Federal Rules of Civil Procedure.

Maryalyce W. Cox
Maryalyce W. Cox
